

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| FOREMAN, JAMES L | SOUTHERN DISTRICT OF ILLINOIS | 06/26/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US SENIOR JUDGE | ☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005<br>to<br>12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 301 West Main Street<br>Benton, IL 62812 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust #1 and Trust #2 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2006 JUL -6 A 11: 18 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 12/31/05 | Illinois Municipal Retirement Fund | $ 1,283.81 |
| 2. 12/31/05 | State Retirement System of Illinois | $ 3,515.00 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Edward Jones Stock Account | Loan | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. City National Bank Common Stock-Trust #1 | E | Dividend | O | W | | | | | |
| 2. Nisource Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 3. Exxon Common Stock -Trust #1 | D | Dividend | N | T | | | | | |
| 4. DWS Tech Fund fka Scudder Tech. Fnd-Trust #2 | A | Dividend | J | T | | | | | |
| 5. City National Bank Accounts-Trusts #1 & #2 | B | Interest | M | T | | | | | |
| 6. Bell South Common Stock-Trust #2 | B | Dividend | K | T | | | | | |
| 7. Rental Property #1, 10th St, Metropolis, IL-Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 8. Farm-Massac County, IL, Trusts #1 & #2 | D | Rent | L | W | | | | | |
| 9. Farm-Johnson County, IL, Trusts #1 & #2 | D | Rent | M | W | | | | | |
| 10. Farm-Pope County, IL, Trusts #1 & #2 | B | Rent | L | W | | | | | |
| 11. Rental Property #2, garage, Metropolis, IL-Trusts #1 & #2 | E | Rent | L | W | | | | | |
| 12. Marathon Oil Corporation | A | Dividend | J | T | Rcvd Merger Ashland Oil Company | | | | |
| 13. Glaxosmithkline PLC ADR-Trust #1 | B | Dividend | K | T | | | | | |
| 14. Wal-Mart Common Stock-Trust #2 | A | Dividend | K | T | | | | | |
| 15. McDonalds Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 16. Ashland Oil Common Stock-Trust #2 | B | Dividend | K | T | | | | | |
| 17. Southwestern IL Dev Authority Water Bonds-Trusts #1&#2 | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property #3, Metropolis, IL | | None | J | W | | | | | |
| 19. WalMart de Mexico SA DE fka Cifra SA De CV ADR | A | Dividend | J | T | | | | | |
| 20. Dell Common Stock | | None | J | T | | | | | |
| 21. Verizon Common Stock | A | Dividend | J | T | | | | | |
| 22. Cisco Common Stock | | None | J | T | | | | | |
| 23. IRA-Investment Co of America-Trust #1 | | None | K | T | Part W'drawl | 12/13 | J | | |
| 24. IRA-Investment Co of America-Trust #2 | | None | K | T | Part W'drawl | 12/17 | J | | |
| 25. Oracle Common Stock-Trust #1 | | None | J | T | | | | | |
| 26. Medtronics Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 27. Pfizer Common Stock-Trust #2* | A | Dividend | J | T | | | | | |
| 28. Seligman Comm & Info Fund A-Mutual Fund-Trust #2 | | None | J | T | | | | | |
| 29. Watson Pharmaceuticals Common Stock | | None | J | T | Sold | 12/16 | J | A | |
| 30. Arch Coal Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 31. Disney Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 32. Pepsico Common Stock-Trust #2 | A | Dividend | J | T | | | | | |
| 33. Dollar General Common Stock-Trust #1 | A | Dividend | J | T | | | | | |
| 34. Cash Technolgies Inc Common Stock | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Amerigas Partners LP Units of LTD Partners Interests-Trust#1 | B | Dividend | K | T | | | | | |
| 36. Avaya, Inc Common Stock-Trust #1 | | None | J | T | Sold | 12/6 | J | A | |
| 37. General Electric Common Stock-Trust #1 | A | Dividend | J | T | Sold | 12/6 | J | A | |
| 38. Nationwide Health Properties-Trust #1 | B | Dividend | J | T | | | | | |
| 39. Teppco Partners LP UT of Ltd Partnership Int-Trust #1 | B | Dividend | K | T | | | | | |
| 40. Regions Fin Corp fka Union Planters Corp Com Stock-Trust #1 | A | Dividend | K | T | | | | | |
| 41. America Mutual Fund A Inc-Trust #1 | B | Dividend | L | T | | | | | |
| 42. Income Fund of America Inc-Trust #1 | C | Dividend | M | T | | | | | |
| 43. Growth Fund of America-Trust #1 | A | Dividend | K | T | | | | | |
| 44. Delaware Group Tax Free FD Inc Tax Free USA FD CL A-Trust #1 | B | Dividend | K | T | | | | | |
| 45. Nuveen Muni Trust Ltd Term Muni Bond Fund CL A-Trust #1 | A | Dividend | K | T | Sold | 12/5 | K | A | |
| 46. Nuveen Multistate Trust IV Mo Muni BD FD CL A-Trust #1 | B | Dividend | L | T | Sold | 12/5 | L | A | |
| 47. Cascade National Gas Corp Notes-Trusts #1 & #2 | B | Interest | K | T | | | | | |
| 48. Metlife Common Stock | A | Dividend | J | T | | | | | |
| 49. IL Sports Fac AuthState Trusts #1 & #2 | A | Interest | K | t | | | | | |
| 50. UBS Cash Fund | A | Interest | J | T | | | | | |
| 51. Franklin Mutual Discovery Fund CL A | A | None | M | T | Buy | 12/6 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. UBS Pace Global Fixed Income fka UBS Gbl Assts Mgmt-Trust #1 | A | Dividend | J | T | | | | | |
| 53. UBS Cash Fund fka UBS-Trusts #1 & #2 | A | Interest | K | T | | | | | |
| 54. FSP Innsbrook-REIT Trust #1 | C | Dividend | K | T | | | | | |
| 55. FSP Innsbrook-REIT Trust #2 | C | Dividend | K | T | | | | | |
| 56. FSP Blue Lagoon-REIT-Trust #1 | C | Dividend | K | T | | | | | |
| 57. FSP Blue Lagoon-REIT-Trust #2 | C | Dividend | K | T | | | | | |
| 58. FSP505 Waterford-REIT-Trust #1 | B | Dividend | K | T | | | | | |
| 59. FSP 505 Waterford-REIT-Trust #2 | B | Dividend | K | T | | | | | |
| 60. Van Kamper Strategic Muni Income Fund-Trust #2 | A | Dividend | K | T | | | | | |
| 61. Unts Value Select 10-Trust #1 | A | Dividend | J | T | | | | | |
| 62. Unts Value Select 10-Trust #2 | A | Dividend | J | T | | | | | |
| 63. Johnson & Johnson-Trust #2 | A | Dividend | J | T | | | | | |
| 64. Scudder Mutual Funds-Trust #1 | A | Dividend | K | T | | | | | |
| 65. Edward Jones Money Market Funds-Trusts #1 & #2 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FOREMAN, JAMES L | 06/26/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

*On the 2004 report, Pfizer common stock sale was mistakenly reported as a partial sale when in fact all shares were sold during the year 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544